IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-CV-00746-PSF-PAC

DARRIN B. TEPLY

    Plaintiff,

v.

KATHERINE P. ROSKOWSKI

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 9). The Court, having read the Stipulation and being fully advised, hereby

ORDERS that the above-captioned action be DISMISSED WITH PREJUDICE, each party to pay their respective costs and attorney fees.

DATED: October 6, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge